Motion DENIED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 3:12-00170 |
| | ) |
| [2] ABRAN ARELLANO-GARCIA | ) JUDGE TRAUGER |
| [5] JAIME BENCOMO-GARCIA | ) |
|    a/k/a JAIME GARCIA | ) |

**MOTION TO TRANSFER CASE**

COMES NOW the United States, by and through United States Attorney Jerry Martin and Assistant U.S. Attorney Alex Little, and respectfully requests the above-captioned case be transferred to Judge Campbell if he consents to hear the case.

As grounds for the requested transfer, the United States submits that this case is closely connected to two cases currently assigned to Judge Campbell: *United States v. Miguel Padilla, et al.*, Case No. 3:10-00258, a narcotics and firearms case involving nine defendants, and *United States v. Maria Lujano, et al.*, Case No. 3:11-cr-00032, a narcotics case involving two defendants. The nineteen (19) defendants in all three cases are connected through drug activity.

To date, Judge Campbell has heard motions, sentenced defendants, and presided over a trial in the *Padilla* case. Specifically, the trial of Miguel Padilla took place before Judge Campbell from September 11, 2012, through September 17, 2012, and the jury returned a guilty verdict as to the drug conspiracy charge; a mistrial was declared as to the gun charge. During the trial, Judge Campbell heard testimony from numerous co-defendants in the *Padilla* case and defendant Jaime Bencomo-Garcia in the instant case. In addition, defendant Arellano-Garcia in the instant case was repeatedly identified and discussed in the *Padilla* trial as one of the leaders of the charged drug conspiracy. Similarly, if any of the defendants in the instant case proceed to trial, including