# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00170 |
| | ) | Judge Trauger |
| [2] ABRAN ARELLANO-GARCIA | ) | |

## O R D E R

The court is in receipt of a letter from Abraham Arellano Garcia dated October 18, 2013.

It is hereby **ORDERED** that the Clerk shall file this letter as part of the record in this case. The Clerk is further directed to furnish to the defendant and to counsel for all parties a copy of both the letter and this Order.

It is hereby **ORDERED** that defense counsel shall personally visit with the defendant where he is housed in an effort to repair the attorney-client relationship by informing the defendant of the status of the case and sharing discovery with him.

It is so **ORDERED.**

Enter this 23rd day of October 2013.

_____
ALETA A. TRAUGER
United States District Judge