IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00170 |
| | ) | Judge Trauger |
| [2] ABRAN ARELLANO-GARCIA | ) | |
| | ) | |

**O R D E R**

A hearing was held on February 14, 2014 on the defendant's *pro se* Motion For Court Appointed Attorney (Docket No. 123). After extensive discussion with the defendant and defense counsel, it is hereby **ORDERED** that this motion is **DENIED**.

It is so **ORDERED.**

Enter this 14th day of February 2014.

_____
ALETA A. TRAUGER
United States District Judge